# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ROBERT FRANK VELASCO, | NO. ED CV 16-01547-SVW (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MONTGOMERY, et. al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____05/02/17_____.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE